### 4013. CHILDS v. THE STATE.

HILL, C. J. 1. In cases of alleged arson, in the absence of evidence as to the cause of the burning, the law presumes that the fire was accidental, and the State must prove beyond a reasonable doubt the perpetration of the criminal act. *Ragland* v. *State,* 2 *Ga. App.* 492 (58 S. E. 689); *West* v. *State,* 6 *Ga. App.* 105 (64 S. E. 130).

2. It is well settled that the corpus delicti must be shown by evidence aliunde the confession or incriminatory admissions. *West* v. *State,* supra; *Boyd* v. *State,* 4 *Ga. App.* 58; *Allen* v. *State,* 4 *Ga. App.* 458 (61 S. E. 740); *Bines* v. *State,* 118 *Ga.* 320 (45 S. E. 376, 68 L. R. A. 33).

In the present case there was no evidence whatever tending to prove the arson, except admissions slightly incriminatory, and these admissions were inconclusive, and at most raised only a bare suspicion of guilt. The verdict was therefore without any evidence to support it, and was contrary to law.      *Judgment reversed.*

DECIDED MARCH 19, 1912.

Indictment for arson; from Henry superior court—Judge R. T. Daniel. January 12, 1912.

*Brown & Brown,* for plaintiff in error.

*J. W. Wise, solicitor-general,* contra.